

**CLOSED**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

**v.**

**Bernardino Lopez-Cruz**

Citizen of Mexico

USM#: 76489208          DOB: 1965

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15994-001M-SD**

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A95 734 539

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/21/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY (20) DAYS on Count ONE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted          **FINE:** $          **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15994-001M-SD**                                                                 *Page 2 of 2*
*USA vs. Bernardino Lopez-Cruz*

Date of Imposition of Sentence:  **Monday, July 21, 2008**

_____ Date _7/21/2008_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____                    By:_____
United States Marshal                                                          Deputy Marshal
08-15994-001M-SD -

DATE: __7/21/2008____        CASE NUMBER: __08-15994-001M-SD__

**PLEA/SENTENCING MINUTES**
USA vs. __Bernardino Lopez-Cruz__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__

U.S. Attorney _____    INTERPRETER REQ'D__Ricardo Gonzalez_____
                                                   LANGUAGE: _Spanish_____

Attorney for Defendant __Juan Rocha (AFPD)__

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA _7/19/08_           ☒ Complaint Filed              ☒ Appointment of counsel hearing held
   ☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
   ☒ Initial Appearance

**DETENTION HEARING:**          ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:    before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**               ☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts _ONE___
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __ONE____ of the ☐ Information  ☐ Indictment  ☒ Complaint
☒ Court recommends and/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☒      ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of _20 Days___   ☐ Probation/Supervised Release for _____
☒ Special Assessment $_REMITTED_____  ☐ Fine $_____  ☐ Restitution $_____

Other: _____
_____

RECORDED: ___CS___
BY:  Jocelyn M. Arviso, Deputy Clerk

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
8
9   United States of America,           )   CASE NUMBER   08-15994-PM-8D
10                Plaintiff,             )
11  vs.                                  )   **WAIVER OF REMOVAL HEARING**
12  Bernardino Lopez-Cruz                )
13                                       )
14                Defendant.             )
15  _____       )
16
17         I waive my right to have a Removal Hearing and agree that my case may be
18  adjudicated in the Southern District of California.
19
     DATED this _21_ day of __July__, 2008.
20
21
22                              X _____
23                                Defendant
24
25                                _____
26                                Attorney for the Defendant
27
28

# United States District Court 7/19

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Bernardino LOPEZ-Cruz
Citizen of Mexico
YOB: 1965
095734539
Illegal Alien

# CRIMINAL COMPLAINT

CASE NUMBER: 08-15994M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about July 2, 2008, near San Ysidro, California in the Southern District of California, Defendant Bernardino LOPEZ-Cruz, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Complainant
Ernesto Aldrete
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 21, 2008                      at                      Yuma, Arizona
Date                                                    City and State

Jay R. Irwin,  U.S. Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                Bernardino LOPEZ-Cruz

Dependents:               6 Mexican

**IMMIGRATION HISTORY:**    The Defendant is an illegal alien.  The Defendant has been apprehended by the U.S. Border Patrol on twelve (12) previous occasions.

**CRIMINAL HISTORY:**       None found.


Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Cibola, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing.  During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on July 2, 2008.


Charges:    8 USC§1325                    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 21, 2008_____
Date

_____
Signature of Judicial Officer